# Brief

North Carolina

RECEIVED MAR 18 2025 U.S. Court of Appeals Fourth Circuit

FILED CHARLOTTE, NC MAY 09 2025 US DISTRICT COURT WESTERN DISTRICT OF NC

12-13-24
2:00 pm

My name is Gromoka Carmichael 1702122

I am filing a motion for appeals on my cases Doc # 1702122

I am pleading a civil action lawsuit on the State of North Carolina for false imprisonment on the grounds of hearsay.

I am filing a 1983 on State. is depriving me of my civil rights must have acted under color of state law.

My rights was violated I like to be compensation as a result of the actions on State. the clerk can give me appeal on all my cases for false imprisonment on the District Attorney office as well.

I was sentenced on Dec 27-2022

Parole lessened my sentenced because state gave me to much time.

I need another court date to get back in court. to plead my case in trial. the clerk of court can get me back in court on all charges.

There is more evidence have came out in my motion of discovery that needs to be introduced in another trial. I like appeal on these cases. A lot of evidence was not said at my trial that needs to come out now. the District Attorney did not show all evidence to the courts at my trial. I have more evidence for the courts for appeals on my cases. I like to summons the District Attorney back to court on these grounds. On my State And Federal civil rights

I also need forms on 1983 to file on State.